UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY WILLIAMS and,
FRANCENE WILLIAMS,

    Plaintiffs,

-vs-

LIBERTY BANK,

    Defendant.
_____/

CASE NO. 07-CV-12761

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

## ORDER
### (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's March 4, 2008 Report and Recommendation granting Defendant's September 27, 2007 Motion to Dismiss. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law,[1] the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 12); and

(2)     **GRANTS** Defendant's Motion to Dismiss (Doc. No. 4).

**SO ORDERED.**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

Dated: 3-28-08
Detroit, MI

---

[1]     As an alternative ground, the Court agrees with Defendant that Plaintiff's case should be dismissed under the doctrines of res judicata and collateral estoppel.