**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RAY WILLIAMS and,
FRANCENE WILLIAMS,

        CASE NO. 07-CV-12761

    Plaintiffs,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

LIBERTY BANK,        DONALD A. SCHEER
        UNITED STATES MAGISTRATE JUDGE

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before the Court is Plaintiffs' April 10, 2008 Motion for Reconsideration of this Court's March 28, 2008 Order granting Defendant's Motion to Dismiss. *See Williams v. Liberty Bank*, No. 07-12761, 2008 WL 841647 (E.D. Mich. Mar. 28, 2008) (unpublished) (Doc. No. 14). In support of its motion, Plaintiff merely cites federal statutes addressing federal question and diversity jurisdiction. These statutes have nothing to do with Plaintiff's case, or this Court's previous Opinion.

Accordingly, the Court **DENIES** Plaintiffs' Motion for Reconsideration. (Doc. No. 15).

**SO ORDERED.**

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: April 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 22, 2008.

S/Denise Goodine
Case Manager