UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY WILLIAMS and,
FRANCENE WILLIAMS,

          Plaintiffs,

v.

LIBERTY BANK,

          Defendant.
_____ /

Case Number: 07-12761

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

## ORDER DENYING PLAINTIFFS' MOTION FOR A
## TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' April 18, 2008, Motion for a Temporary Restraining Order and/or Preliminary Injunction.  In the motion, Plaintiffs' seek a temporary restraining order to prevent Defendant from enforcing the judgment it obtained against Plaintiffs in Wayne County Circuit Court.  This Court previously granted Defendant's motion to dismiss this case, for lack of jurisdiction, and entered a final judgment in favor of Defendant.  *Williams v. Liberty Bank*, No. 07-12761, 2008 WL 841647 (E.D. Mich. Mar. 28, 2008).  In the opinion and order dismissing the case, this Court did not have jurisdiction over the case because Plaintiffs were attempting to re-litigate their case in federal court, when Defendant had previously obtained a judgment against Plaintiffs in state court.  *Id.* at 2.  Consequently, this Court does not have jurisdiction over the instant motion.

Accordingly, this Court **DENIES** Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction.

SO ORDERED.

                                                  S/Paul D. Borman  
                                                    PAUL D. BORMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated:  January 8, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 8, 2009.

                                                  S/Denise Goodine  
                                                  Case Manager